Mega Beverage Redemption Ctr., Inc. v City of Mount Vernon

2026 NY Slip Op 02361

April 16, 2026

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

Mega Beverage Redemption Center, Inc., Appellant,

v

City of Mount Vernon, Respondent.

Decided on April 16, 2026

No. 65 SSM 8

Scott A. Eisman, for appellant.

Lisa A. LeCours, for respondent.

[*1]

On review of submissions pursuant to section 500.11 of the Rules (22 NYCRR 500.11), order affirmed, with costs, and judgment absolute dismissing the complaint granted upon plaintiff's stipulation. Plaintiff has failed to demonstrate that its appeal to the Appellate Division did not present questions of fact, and the Appellate Division did not recite "either that the questions of fact have not been considered or that the court has considered the questions of fact and has determined that it would not grant a new trial or hearing upon those questions," as specified in CPLR 5615 (see Arthur Karger, Powers of the New York Court of Appeals, § 8:10, at 278-279 [3d ed rev 2005]). Therefore, this Court is bound to affirm and render judgment absolute (see CPLR 5615). Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.

Decided April 16, 2026